In the Matter of the Application of ANNA G. PODELL for an Order Pursuant to Article 78 of the Civil Practice Act v. WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, and Others.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

GIUSEPPE STASI v. ITALIA SOCIETA ANONIMA DINAVIGAZIONE.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the defendant to answer within five days after service of order on payment of said costs and the costs awarded by the order of this court entered December 20, 1940. [See 260 App. Div. 1015.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM E. THORPE and Others against PAUL J. KERN and Others.— Motion for leave to appeal to the Court of Appeals denied.— Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Discovery Proceedings under Section 206-a of the Surrogate's Court Act on Behalf of ESTELLE WERNER v. WILLIAM C. REID and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 1000.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

FRANK CARMINE v. TERENCE MURPHY and Others, Impleaded with TERENCE MURPHY, Individually and as a Copartner in the Firm of MURPHY & McMORROW. — Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 17.] Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

RUTH H. PIUS and BARNEY PIUS v. DEPOT LANE REALTY CO., INC.— Motion for a stay pending determination of motion for a reargument or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

MARIE FLANDINA v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 706.] Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. HENRY HUDSON PARKWAY AUTHORITY and Others, Defendants, Impleaded with A. R. LA MURA, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to modify by granting items 2 and 3 of the notice of motion.